## ALFRED M. WILES AND ANOTHER, RESPONDENTS, *v.* LAMBERT SUYDAM, APPELLANT.

*Joinder of causes of action — stockholder and trustee of insolvent corporation — causes of action against, as trustee and stockholder may be joined.*

This action was brought by the plaintiffs, to recover the amount of a judgment against an insolvent corporation, from the defendant, a stockholder and trustee. The complaint charged that the defendant was liable to the extent of his stock, by reason of the non-filing of the certificate as to payment in of the capital of the company, and as trustee, by reason of the failure to make and publish the report required by law. Defendant demurred on the ground of an improper joinder of causes of action. *Held*, that the demurrer was properly overruled.[*]

APPEAL from a judgment in favor of the plaintiffs, entered upon an order overruling a demurrer.

*A. H. Hitchcock*, for the appellant.

*Geo. W. Weiant*, for the respondents.

Opinion by DONOHUE, J.

Judgment affirmed.